**Exhibit "A" - Proposed Scheduling Timeline**

| Days After Entry of the Scheduling Order / Date | Event |
|---|---|
| 3/29/2013 | Disclosure of Asserted Claims and Infringement Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend infringement contentions. |
| 35 | Deadline to join additional parties or to amend pleadings |
| 5/31/2013 | Invalidity Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions. |
| 90 | Deadline to file joint interim status report |
| 120 | Exchange Proposed Terms and Claim Elements for Construction. |
| 150 | Exchange of Preliminary Claim Constructions and Extrinsic Evidence. Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 180 | Filing of Joint Claim Construction and Prehearing Statement. |
| 180 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| 210 | Markman hearing and hearing on any Motion for Summary Judgment of Indefiniteness. |
| 250 | Deadline to complete fact discovery<br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition<br>Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. Rebuttal disclosures are permitted and shall comply with the deadline<br>set forth in Rule 26(a)(2)(C)(ii), Fed. R. Civ. P. |
| 265 | Deadline for the filing of all dispositive motions |
| 270 | Deadline to complete mediation |

| | |
|---|---|
| 310 | Deadline to complete all expert discovery |
| 60 days BEFORE Calendar Call | Deadline for the filing of pretrial motions, including motions in limine and Daubert motions |
| 10 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla., and pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P. Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k) |
| 375 (approximate) | Calendar call |
| 380 (approximate) | Two week trial |